**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

OCT 22 2026 AM10:00
FILED - USDC - BPT - CT

**CIVIL RIGHTS COMPLAINT**

ROBBS, ROBERT FRANCIS

______________________________,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v. Case No. ______________
(To be supplied by the court)

DEPARTMENT OF CORRECTIONS
INMATE ACCOUNTS DEPT.

______________________________

______________________________

______________________________

______________________________

______________________________
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

**A. PARTIES**

1. ROBERT FRANCIS ROBBS (Plaintiff) is a citizen of CONNECTICUT (State) who presently resides at ~~52 SUMMER ST. APT. 11D TORRINGTON, CT. 06790~~ (mailing address).
475 GRANT ST. 4TH FL. BRIDGEPORT, CT. 06610

2. Defendant DEPARTMENT OF CORRECTIONS (name of first defendant) is a citizen of CONNECTICUT (State)

whose address is 24 WOLCOTT HILL RD. WETHERSFIELD, CT. 06,

and who is employed as INMATE ACCOUNTS DEPT., DEPT. OF CORR. (title and place of employment).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

________________________________________________________________________

________________________________________________________________________

3. Defendant ________________________________ is a citizen of ____________________
(name of second defendant) (State)

whose address is ____________________________________________________________

and who is employed as ______________________________________________.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

________________________________________________________________________

________________________________________________________________________

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

___X___ 42 U.S.C. § 1983 (applies to state defendants)

________ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

________________________________________________________________________

________________________________________________________________________

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. MR. ROBBS WAS SENDING MONEY HOME TO HIS MOTHER ON A SPECIAL REQUEST SLIP FOR $200.00. THE INMATE ACCOUNTS DEPT. INTERCEPTED THE MONEY AND CONTINUED TO SAY THE MONEY WAS FOR THE PLRA. MR. ROBBS KNOWS FOR A FACT, DUE TO PREVIOUS LAWSUITS, THAT THE PLRA ONLY TAKES MONEY FROM INMATES WHEN MONEY IS SENT IN FROM AN OUTSIDE SOURCE. MR. ROBBS PROCEEDED TO CALL THE UNITED STATES DISTRICT COURT AND LEARNED THAT HE HAD NO ACTIVE CASE TO CONSTITUTE THE FEE. ALSO THE PLRA ONLY TAKES 20% OF MONIES. THE DOC'S INMATE ACCOUNTS DEPT. TOOK $186.00 OF THE $200. THEY REFUSED THE RETURN FOR MONTHS.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: ARTICLE IV OF THE AMENDMENTS TO THE CONSTITUTION THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES, PAPERS, AND EFFECTS, AGAINST UNREASONABLE SEARCH AND SEIZURES, SHALL NOT BE VIOLATED,

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

THE DEPARTMENT OF CORRECTIONS' DEPARTMENT OF INMATE ACCOUNTS UNLAWFULLY TOOK MONEY OUT OF MY ACCOUNT. THE SEIZURE WAS UNJUSTIFIED. I HAVE MY INMATE ACCOUNT BALANCES FOR THIS WHOLE YEAR.

**Claim II**: ARTICLE VII OF THE AMENDMENTS TO THE CONSTITUTION IN SUITS AT COMMON LAW, WHERE THE VALUE IN CONTROVERSY SHALL EXCEED TWENTY DOLLARS, THE RIGHT OF TRIAL BY JURY SHALL BE PRESERVED,

Supporting Facts: INMATE ACCOUNTS TOOK $186.00 WITHOUT JUSTIFICATION, AND PUT BLAME ON THE PRISON LITIGATION REFORM ACT, IN TURN WAS LATER DENIED FOR THE WITHDRAWAL BY THE CLERK OF THE UNITED STATES DISTRICT COURT.

**Claim III**: INTENTIONAL INFLICTION OF MENTAL AND EMOTIONAL DISTRESS.

Supporting Facts: WITH MONTHS OF LETTERS AND OTHER MEANS OF CONTACTS WITH NO RELIEF OR FURTHER COMMUNICATION, MR. ROBBS HAS GONE THROUGH MENTAL AND EMOTIONAL DISTRESS, AND REQUESTS TO SPEAK TO MENTAL HEALTH ON DOSE INCREASE TO HIS MENTAL MEDICATIONS.

## E. PREVIOUS LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

____Yes _X_No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit:

Plaintiff(s):____________________

Defendant(s):____________________

b. Name and location of court and docket number____________________

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)

____________________

d. Issues raised: ____________________

____________________

e. Approximate date of filing lawsuit:____________________

f. Approximate date of disposition: ____________________

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

____________________

____________________

____________________

____________________

____________________

____________________

## F. REQUEST FOR RELIEF

I request the following relief: ~~Not one~~

DUE TO THE THEFT, DENIAL, AND REFUSAL TO RETURN THE MONEY, MR. ROBBS IS ASKING FOR RELIEF IN THE AMOUNT OF $5,000.00

## G. JURY DEMAND

Do you wish to have a jury trial? Yes _____ No X

_______________________________ Original signature of attorney (if any)

[signature] **Plaintiff's Original Signature**

_______________________________ Printed Name

ROBERT F. ROBBS Printed Name

RECOVERY NETWORK

425 GRANT ST. 4TH. FL., BRIDGEPORT, CT. 06610

( ) Attorney's full address and telephone

(475) 369-2501 Plaintiff's full address and telephone

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at U.S. DIST. COURT (location) on OCTOBER 22, 2026 (date).

[signature] **Plaintiff's Original Signature**

(Rev. 9/22/09)